IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC § § | |
| Plaintiff, § § | Case No: 2:16-cv-602-JRG-RSP |
| vs. § § | |
| WATER PIK, INC. § § | |
| Defendant. § § | |

## JOINT MOTION TO DISMISS. WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(2)

Plaintiff Symbology Innovations, LLC and Defendant Water Pik, Inc. hereby jointly move to dismiss their respective claims and counterclaims in this civil action without prejudice pursuant to Fed. R. Civ. P. 41 (a)(2).

Wherefore, Plaintiff and Defendant request that the Court dismiss Plaintiff's claims against Defendant Water Pik, Inc., and Defendant's counterclaims against Plaintiff Symbology Innovations, LLC, without prejudice, with each party to bear its own fees and costs.

Dated: January 20, 2017                                Respectfully submitted,

| */s/ Jay Johnson* | */s/ Lee F. Johnston* |
|---|---|
| **JAY JOHNSON** | **LEE F. JOHNSTON** |
| State Bar No. 24097322 | State Bar No. 10839600 |
| **BRAD KIZZIA** | **DORSEY & WHITNEY LLP** |
| State Bar No. 11547550 | 1400 Wewatta St., Suite 400 |
| **KIZZIA JOHNSON PLLC** | Denver, CO  80202 |
| 1910 Pacific Ave., Suite 13000 | Tel. (303) 629-3400 |
| Dallas, TX  75201 | Fax (303) 629-3450 |
| Tel. (214) 451-0164 | johnston.lee@dorsey.com |
| Fax (214) 451-0165 | |
| jay@kjpllc.com | |
| bkizzia@kjpllc.com | |
| | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
| | |

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on January 20, 2017.

                                        */s/ Jay Johnson*
                                        Jay Johnson