IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| *Plaintiff*, | § § | Case No: 2:16-cv-602-JRG |
| v. | § § | |
| WATER PIK, INC. | § § | |
| *Defendant*. | § § § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Having considered the Joint Motion to Dismiss Without Prejudice (Dkt. No. 13) filed by Plaintiff Symbology Innovations, LLC and Defendant Water Pik, Inc., the Court finds that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that Plaintiff's claims against Defendant Water Pik, Inc. and Defendant's counterclaims against Plaintiff Symbology Innovations, LLC are hereby dismissed without prejudice, with each party to bear its own fees and costs.

**So Ordered this**

**Jan 23, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE